## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Juan Flores

                        Plaintiff,

v.                                                  Case No.: 1:15−cv−10912
                                                  Honorable Sara L. Ellis

Classic Landscape, LTD., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [21], all claims of Plaintiff are dismissed as to Defendants, without prejudice, with each party to bear its own costs and fees. Plaintiff is granted leave to reinstate this matter on or before November 28, 2016, if Defendants have not materially complied with the payment terms of the Confidential Settlement Agreement and Release in this matter. If Plaintiff has not moved to reinstate this matter before November 28, 2016, dismissal of all the claims will automatically convert to be with prejudice. All pending dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.